NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RONDAN KEITH,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-922
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed February 27, 2019.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public Defender, and
Kevin Briggs, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


KHOUZAM, Judge.

We affirm the judgment and sentence but remand for the trial court to correct a scrivener's error. Rondan Keith was charged in the information with violating section 784.048(4), Florida Statutes (2016), but was adjudicated guilty in the judgment of violating section 784.048(7). On remand, the trial court shall correct the judgment to reflect the statutory subsection Keith was charged with violating.

Remanded with directions.

SALARIO and BADALAMENTI, JJ., Concur.